IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY L. MANNION and<br>PATRICK J. MANNION, JR.,<br>    Plaintiffs | : <br>: <br>: |
| vs. | :   CIVIL ACTION NO. 1:CV-00-1206 |
| THE CITY OF LEBANON,<br>CHIEF MICHAEL F. WAHMANN,<br>CAPTAIN GARY MARGUT,<br>LIEUTENANT DANIEL KAUFFMAN,<br>LIEUTENANT GEORGE PAPPAS, and<br>LIEUTENANT ROBERT BOWMAN, JR.,<br>    Defendants | : <br>: <br>: <br>: <br>: <br>: <br>: |

FILED
HARRISBURG, PA

APR 0 9 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

AMENDED CASE MANAGEMENT ORDER

AND NOW, this 9th day of April, 2001, in consideration of a joint motion to extend time, it is Ordered that:

    a) Discovery shall be completed by July 30, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by July 30, 2001, and the defendants' report is due by August 31, 2001. Supplementations, if any, are due by September 14, 2001.

    b) All pre-trial motions shall be filed by August 31, 2001, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case is placed on the November, 2001 trial list of this court, scheduling order to follow. Parties and known witnesses shall be notified of this amended schedule immediately, or as soon as identified as such.

AO 72A
(Rev 8/82)

No further extension of time will be considered or granted.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 9, 2001

Re:  1:00-cv-01206   Mannion v. City of Lebanon, The

True and correct copies of the attached were mailed by the clerk to the following:

```
Christopher S Underhill, Esq.
Hartman, Underhill & Brubaker
221 East Chestnut Street
Lancaster, PA  17602

Louis J. Isaacsohn, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
The Curtis Center
Suite 1130 East
Independence Square West
Philadephia, PA  19106

Richard J. Schmid Jr., Esq.
Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
The Curtis Center
Suite 1130 East
Independence Square West
Philadelphia, PA  19106

Harry W. Reed Jr., Esq.
525 South Eight Street
P.O. Box 49
Lebanon, PA  17042
```

```
cc:
Judge                     ( / )              ( ) Pro Se Law Clerk
Magistrate Judge          ( )                ( ) INS
U.S. Marshal              ( )                ( ) Jury Clerk
Probation                 ( )
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Ct Reporter               ( )
Ctroom Deputy             ( )
Orig-Security             ( )
```

```
Federal Public Defender    ( )
Summons Issued             ( )  with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )   PA Atty Gen ( )
                                     DA of County  ( )   Respondents ( )
Bankruptcy Court           ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: 4/9/01                              BY: _____
                                              Deputy Clerk